1 | Leslie E. Chayo, Esq.  SBN 65432
Law Offices of Leslie E. Chayo
2 | 9401 Wilshire Blvd., Suite 1250
Beverly Hills, CA  90212
3 | (310) 277-6337
(310) 276-2912 facsimile
4 | Email: Chayolaw@aol.com

5 | Attorneys for Cathedral Art Metal Co, Inc.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHEDRAL ART METAL CO, INC., a Rhode Island Corporation, | CASE NO.: C 10-01982 |
| Plaintiff, | Assigned to Judge Richard Seaborg |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| COMMUNITY RESOURCES FUNDRAISING, an unknown entity; PROFIT SPECIALTIES, an unknown entity; and BEST FUNDRAISING COMPANY, INC., a California corporation, | Complaint Filed: May 7, 2010 |
| Defendants. | |

Cathedral Art Metal Co, Inc., a Rhode Island Corporation, Plaintiff, hereby substitutes Leslie E. Chayo, Esq., State Bar No. 065432 who is retained counsel with address located at 9401 Wilshire Blvd., Ste. 1250, Beverly Hills, CA 90212, telephone no. 310-277-6337, facsimile: 310-276-2912, email: Chayolaw@aol.com, as attorney of record in the place and stead of Timothy C. Williams, Esq. and The Williams Firm.

**SUBSTITUTION OF ATTORNEY**

| | | |
|---|---|---|
| 1 | Dated: __8/27__, 2010 | CATHEDRAL ART METAL CO, INC., a |
| 2 | | Rhode Island Corporation |
| 3 | | |
| 4 | | By: _Julieanne D. Wade_ |
| 5 | | Julieanne D. Wade, Vice President |

I have given proper notice pursuant to local rules and further consent to the above substitution.

Dated: __9-23__, 2010           THE WILLIAMS LAW FIRM

                                By: _Timothy C. Williams_
                                    Timothy C. Williams, Esq.

I am duly admitted to practice in this District pursuant to local rules.

Dated: __8/30__, 2010           LAW OFFICES OF LESLIE E. CHAYO

                                By: _Leslie E. Chayo_
                                    Leslie E. Chayo, Esq.

Substitution of attorney is hereby _X_ approved. ___ denied.

Dated: __10/1__, 2010           UNITED STATES DISTRICT JUDGE

                                _Richard Seeborg_

**SUBSTITUTION OF ATTORNEY**