*E-Filed 11/1/10*

1  Leslie E. Chayo, Esq.  SBN 65432
   Law Offices of Leslie E. Chayo
2  9401 Wilshire Blvd., Suite 1250
   Beverly Hills, CA  90212
3  (310) 277-6337
   (310) 276-2912 facsimile
4  Email: Chayolaw@aol.com

5  Attorneys for Cathedral Art Metal Co, Inc.

6

7  UNITED STATES DISTRICT COURT

8  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  CATHEDRAL  ART  METAL  CO,  INC.,  a)    CASE NO.: C 10-01982 RS

11  Rhode Island Corporation,                          )    Assigned to Judge Richard Seaborg
                                                       )
12                          Plaintiff,                 )    **REQUEST FOR TELEPHONIC**
                                                       )    **APPEARANCE AT CASE MANAGEMENT**
13              vs.                                    )    **CONFERENCE; IN THE ALTERNATIVE,**
                                                       )    **CONTINUE CASE MANAGEMENT**
14                                                     )    **STATEMENT FOR THIRTY (30) DAYS IN**
                                                       )    **ORDER TO ALLOW ANSWER AND/OR**
15  COMMUNITY RESOURCES FUNDRAISING,)              **SETTLEMENT WITH DEFENDANT.**
                                                       )
16  an  unknown  entity;  PROFIT  SPECIALTIES,)
                                                       )
17  an unknown entity; and BEST FUNDRAISING)     DATE: November 4, 2010
                                                       )    TIME: 10:00 a.m.
18  COMPANY, INC., a California corporation,       )
                                                       )
19                          Defendants.                )
                                                       )
20                                                     )
                                                       )
21  _____)

22

23  1. Leslie E. Chayo, Esq., counsel for Cathedral Art Metal Co., Inc. requests court approval to

24  appear telephonically by CourtCall, LLC on November 4, 2010 at 10:00 a.m. in court room 3,

25  17th floor, San Francisco, California for purposes of the Case Management Statement.

26

27  Dated:  October 29, 2010

28                                                     _____
                                                       Leslie E. Chayo, Esq.

**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE;
REQUEST FOR CONTINUANCE**

The court approves the telephonic appearance.

_____
Judge Richard Seaborg

2. In lieu of the telephonic appearance, Leslie E. Chayo, Esq. requests a thirty (30) day continuance to the Case Management Conference in order to allow Defendant time to answer the complaint and/or settle the matter.

Respectfully submitted,

Dated:  October 29, 2010

LAW OFFICES OF LESLIE E. CHAYO

_____
Leslie E. Chayo, Esq.

The court approves continuance of the Case Management Conference to December 16, 2010 at 10:00 a.m. in court room 3, 17th floor, San Francisco, California.

_____
Judge Richard Seaborg

**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; REQUEST FOR CONTINUANCE**