**\*E-Filed 3/7/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHEDRAL ART METAL CO. INC., | No. C 10-01982 RS |
| Plaintiffs, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| COMMUNITY RESOURCES FUNDRAISING, ET AL., | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 14, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 21, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 3/7/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE