# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHEDRAL ART METAL CO, INC., a Rhode Island Corporation )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMUNITY RESOURCES FUNDRAISING, an )<br>unknown entity; PROFIT SPECIALTIES, an )<br>unknown entity; and BEST FUNDRAISING )<br>COMPANY, INC., a California corporation )<br>)<br>Defendants ) | CASE NO: C10-01982 RS |

## STIPULATION OF DISMISSAL

Plaintiff, Cathedral Art Metal Co., Inc., and Defendant Community Resources Fundraising ("Community Resources") by and through their undersigned counsel, hereby stipulate and agree that this matter may be and is hereby dismissed, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.[1]

---

[1] Community Resources Fundraising is the last remaining defendant in the litigation. Neither Best Fundraising Company, Inc., nor Profit Specialties were ever served with the Complaint and summons in this matter. Plaintiff has been unable to locate Best Fundraising Company, Inc. or responsible parties therefore, and learned that two individuals doing business as Profit Specialties received a discharge from the United States Bankruptcy Court for the Eastern District of California in 2009. Dismissal of the claims against defendant Community Resources Fundraising therefore will enable a dismissal of the action in its entirety.


| **CATHEDRAL ART METAL CO., INC.,** | **COMMUNITY RESOURCES FUNDRAISING,** |
|---|---|
| By its attorney, | By its attorney, |
| /s/ Leslie E. Chayo | /s/ Robert Sheldon |
| Leslie E. Chayo, Esq. | Robert Sheldon, Esq. |
| Law Offices of Leslie E. Chayo | Sheldon & Mankin |
| 9401 Wilshire Blvd., Ste 1250 | 1990 North California Blvd., Suite 640 |
| Beverly Hills, CA  90212 | Walnut Creek, CA 94596 |
| Telephone:  (310) 277-6337 | Telephone: 925-935-0300 |
| Facsimile:  (310) 276-2912 | Facsimile: 925-944-1146 |
| Email: Chayolaw@aol.com | Email: rsheldon@smlawyers.com |

*OF COUNSEL:*

THOMAS R. NOEL,
COUNSELOR AT LAW, P.C.

Thomas R. Noel, Esq.
John R. Harrington, Esq.
50 South Main Street
Providence R.I.  02903
TNoel@LawNoel.com
JRHarrington@LawNoel.com
Telephone:  (401) 272-7400
Fax:  (401) 621-5688

IT IS SO ORDERED:

Dated:__3/7/11_____     _____

United States District Court Judge